**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LORI SCIARABBA, individually and on behalf of all others similarly situated, | Civil Action No. 7:25-cv-09315-KMK |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| POST CONSUMER BRANDS, LLC, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lori Sciarabba hereby dismisses her individual claims in this action against Defendant Post Consum Brands, LLC ("Defendant") with prejudice and without prejudice as to the putative class.

Dated: May 12, 2026

KAMBERLAW, LLC

By:___ /s/ *Frederick J. Klorczyk III*___
       Frederick J. Klorczyk III

Frederick J. Klorczyk III
305 Broadway, Suite 713
New York, NY 10007
Tel: (646) 964-9604
Fax: (212) 202-6364
Email: fklorczyk@kamberlaw.com

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.

5/14/26

*Attorneys for Plaintiff*